Case 7:20-cr-00025-O *SEALED* Document 3 Filed 07/08/20 Page 1 of 1 PageID 8

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:38 am, Aug 10, 2020
JEFFREY P. COLWELL, CLERK

UNITED STATES OF AMERICA

V.

DAREN SCOT ELLIOTT

**WARRANT FOR ARREST**

COLORADO CASE # 20-mj-00108-STV

Case Number: 7:20-cr-00025-O

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DAREN SCOT ELLIOTT
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petiton ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her (brief description of offense)

Wire Fraud

in violation of Title  18  United States Code, Section(s)  1343

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

United States Magistrate Judge Renee H. Toliver    7/8/2020    Dallas, Texas
                                                    Date       Location

By: /s/ Paige Lessor
    Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Denver, Colorado

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Mark D. Donovan - FBI Special Agent | (signature) |

ORIGINAL    SEALED

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:54 am, Aug 10, 2020
JEFFREY P. COLWELL, CLERK

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 7 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| UNITED STATES OF AMERICA | NO. 7:20-cr-00025-O |
|---|---|
| v. | COLORADO CASE # 20-mj-00108-STV |
| DAREN SCOT ELLIOTT | **TO BE FILED UNDER SEAL** |

## INDICTMENT

The Grand Jury charges:

### Introduction

At all times material to this indictment:

1. The defendant, **Daren Scot Elliott,** doing business as Texas Special Services in Austin, Texas, and then later as Duquesne Energy Services in Denver, Colorado, purported to be a seller of commercial propane storage tanks used in the oil and gas industry.

2. Beginning in or about 2014 and continuing through 2017, in the Northern District of Texas, and elsewhere, the defendant did knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises. The purpose of the scheme and artifice to defraud was to induce purchasers of commercial propane tanks to wire transfer funds to the defendant by falsely representing that he owned and had rights to the propane tanks that he purported to sell and deliver. In furtherance of the scheme and artifice to defraud, the defendant:

a. contacted and then negotiated the sale of storage tanks with oil and gas equipment firms by both telephone and email;

b. represented and intentionally led the purchasers to believe he owned and had rights to sell the storage tanks;

c. transmitted by email photographs and descriptions of the tanks that he purported to sell;

d. created and then transmitted to the purchasers invoices, bill of sales, and other documents reflecting the terms of the sale and delivery;

e. directed the purchasers to wire transfer funds to the defendant's TD Ameritrade account at Wells Fargo Bank; and

f. intentionally failed to disclose to the purchasers that he did not own, nor had rights to sell the storage tanks he purported to sell.

Count One
Wire Fraud
(Violation of 18 U.S.C. § 1343)

3. The Grand Jury adopts, realleges, and incorporates by reference herein all of the allegations set forth in the Introduction of this indictment.

4. Beginning in or about 2014 and continuing through 2017, the defendant, **Daren Scot Elliott**, in the Northern District of Texas, and elsewhere, for the purpose of executing and carrying out the aforesaid scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and attempting to do so, knowingly and with intent to defraud, did cause to

be transmitted in interstate commerce, by means of wire and radio communications, certain writings, signs, signals and sounds on or about May 16, 2016, that is, a wire transfer of funds in the amount of $32,000 from the bank account of G.C.A. at American National Bank and Trust in Wichita Falls, Texas to the defendant's account at T.D. Ameritrade Clearing, Inc. in Omaha, Nebraska.

In violation of 18 U.S.C. § 1343.

Forfeiture Notice

(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), the defendant, **Daren Scot Elliott**, shall forfeit to the United States of America all property constituting or derived from proceeds traceable to the offense, including $718,175.00, in the form of a forfeiture judgment.

Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), if any of the property described above, as a result of any act or omission of the defendant (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty, the United States will seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
CHRISTOPHER STOKES
Assistant United States Attorney
Texas Bar No. 19267600
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
christopher.stokes@usdoj.gov

Indictment—Page 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

THE UNITED STATES OF AMERICA

v.

DAREN SCOT ELLIOTT

INDICTMENT

18 U.S.C. § 1343
Wire Fraud

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                FOREPERSON

Filed in open court this 7th day of July, 2020.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending